# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-MJ-961-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOSE R. DELGADO JR, | |
| Defendant. | |

Based on the Stipulation of counsel (ECF No. 10) and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 13, 2020 at the hour of 4:00 p.m., be vacated and continued to February 12, 2020 at the hour of 4:00 p.m. in Courtroom 3B.

DATED this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE