| | |
|---|---|
| 1 | CHRISTOPHER CHIOU |
|   | Acting United States Attorney |
| 2 | District of Nevada |
|   | Nevada Bar No. 14853 |
| 3 | CHRISTOPHER BURTON |
|   | Assistant United States Attorney |
| 4 | Nevada Bar No. 12940 |
|   | 501 Las Vegas Blvd. South, Suite 1100 |
| 5 | Las Vegas, Nevada 89101 |
|   | Phone: (702) 388-6336 |
| 6 | Christopher.Burton4@usdoj.gov |

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Citation No. 2:19-mj-961-EJY |
| Plaintiff, | **Government's Motion to Dismiss the Petition for Action on Conditions of Pretrial Release and Quash the Warrant** |
| vs. | |
| JOSE R. DELGADO, JR., | |
| Defendant. | |

**Certification: This motion is timely filed**

The government moves for leave of Court to dismiss the petition against Jose R. Delgado Jr. and quash the associated warrant. The petition alleges that Delgado violated the terms of his pretrial release and a warrant has been issued on the basis of the petition.

The government has learned that Delgado is currently incarcerated in a separate State matter (Case No. C-20-348290-1) and has been since approximately February 18, 2020. Delgado received a total aggregate sentence of 60-144 months imprisonment in his State matter and is currently serving that sentence.

An Information has also been filed against Delgado arising out of the same facts in the instant case and that case is currently assigned to Magistrate Judge Nancy J. Koppe. *See* Case No. 2:20-cr-012-KJD-NJK. The parties have reached a plea agreement in that case and are in the process of securing Delgado's appearance in front of Judge Koppe for the purpose of entering a guilty plea. Judge Koppe has informed the parties that she wishes to have the instant petition dismissed and warrant quashed before setting the matter for change of plea.

Accordingly, in order to set this matter for a change of plea and resolve the matter, the government is moving for leave of Court to dismiss the instant petition without prejudice and quash the associated warrant.

**DATED** this 18th day of January, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Christopher Burton*
CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada

**IT IS SO ORDERED.**

**U.S. MAGISTRATE JUDGE**

**Dated:  January 19, 2022**

2